NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

IN RE GLENN E. RIGGS, JOHN H. KIVELA,
ROBERT H. SHELLMAN, JOSEPH F. ROCKY, JR.,
STANLEY M. BAINOR, RALPH K. BRECHTER,
DOUGLAS L. CLARK, JAMES R. CLARK, JON L.
CLOW, AMY DALEY, LARRY HU, LOUIS F.
INDELICATO, WILLIAM J. LOHAN, MICHAEL M.
NAUGHTON, PETER P. NELSON, ALAN D.
SHOLLENBERGER, M. NADINE WILLET, DOUG
JOHNSTON, DONALD H. MUELLER, MICHAEL D.
MICHAUD, ROBERT PHANEUF, AND JOSEPH J.
BAINOR.

---

2010-1320

(Serial No. 11/005,678)

---

Appeal from the United States Patent and Trademark
Office, Board of Patent Appeals and Interferences.

---

ON MOTION

---

Before SCHALL, *Circuit Judge.*

ORDER

The appellants move for leave to file a reply brief with up to 20 extra pages and for a 30-day extensions of time, until October 25, 2010, to file a reply brief. The Director of the United States Patent and Trademark Office opposes the extra pages.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appellants' motion for leave to file a reply brief with additional pages is denied.

(2) The appellants' motion for an extension of time is granted. The reply brief is due no later than November 10, 2010.

FOR THE COURT

OCT 2 8 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert M. Bauer, Esq.
Raymond T. Chen, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 8 2010

JAN HORBALY
CLERK